```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                     -v-                                     :        1:21-cr-524-GHW
                                                             :
                                                             :
    KENT MOSER,                                              :        ORDER
                                                             :
                                        Defendant.           :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2021

GREGORY H. WOODS, United States District Judge:

The proceeding scheduled for November 4, 2021 at 2:00 p.m. will instead take place at 1:00 p.m. on the same day in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 2, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge