USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :
                                                            :
                                                            :
                        -v -                                :            1:21-cr-524-GHW
                                                            :
KENT MOSER,                                                 :                 ORDER
                                                            :
                                      Defendant.   :
                                                            :
----------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Trial in this matter will commence on Monday, May 23, 2022 at 9:00 a.m.  The trial will take

place in a courtroom to be determined in the United States District Court for the Southern District

of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York,

10007.

Pretrial motions by Defendant are due no later than January 12, 2022.  The Government's

oppositions to any defense motions are due no later than 2 weeks following the date of service of

Defendant's motions.  Defendant's replies, if any, are due no later than 1 week following the date of

service of the Government's opposition.  The Court will hold a hearing on any defense motions

necessitating a hearing on March 3, 2022 at 1 p.m.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in

Criminal Cases, including motions *in limine*, are due no later than April 4, 2022.  If any motions *in

limine* are filed, opposition papers are due no later than seven days after the date of service of the

motion.  Reply papers, if any, are due no later than four days after the date of service of the

opposition.  Courtesy copies of motions *in limine* should be submitted when the motions are fully

briefed.  The Court will hold a final pretrial conference in this matter on May 9, 2022 at 4:00 p.m.

The parties are further directed to submit:  (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than April 4, 2022.  If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

SO ORDERED.

Dated:  November 4, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge