USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                  -v -                             1:21-cr-524-GHW

    KENT MOSER,                                       ORDER

                           Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    For the reasons stated on the record at the conference held on February 25, 2022, Defendant's motion to suppress and to controvert the warrant, Dkt. No. 24, is denied. The Government's request to file the entirety of Agent Reid's affidavit under seal in its entirety is denied without prejudice. The Government is directed to file the affidavit publicly on ECF, or to file a renewed application to file the affidavit under seal, no later than March 4, 2022.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 24.

    SO ORDERED.

Dated: February 25, 2022
New York, New York

                                                              _____
                                                                GREGORY H. WOODS
                                                             United States District Judge