```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                        :

UNITED STATES OF AMERICA,              :

                                        :

                      -v -                            :                  1:21-cr-524-GHW

                                        :

KENT MOSER,                            :                  ORDER

                                        :

                          Defendant.    :

                                        :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The trial in this matter is adjourned to Wednesday, May 25, 2022 and will commence on that date at 9:00 a.m. The trial will take place in a courtroom to be determined in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

      SO ORDERED.

Dated: March 26, 2022
New York, New York

                                                             _____
                                                                GREGORY H. WOODS
                                                             United States District Judge