```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                  :
UNITED STATES OF AMERICA,        :
                  :
                  :
                  :
          -v -            :        1:21-cr-524-GHW
                  :
KENT MOSER,                  :        ORDER
                  :
            Defendant.  :
                  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

In the Court's November 4, 2021 order, the parties were directed to submit the pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including any motions in limine, by no later than April 4, 2022. Dkt. No. 21. The Court has not received the parties' submissions, and therefore understands that the parties do not intend to file any motions in limine. The parties are ORDERED to submit the remaining pretrial materials required by Rule 6 of the Courts Individual Rules of Practice in Criminal Cases forthwith, and in no event later than April 11, 2022. The parties' failure to comply with the Court's prior order is not excused.

SO ORDERED.

Dated: April 5, 2022
New York, New York

                                                         GREGORY H. WOODS
                                                     United States District Judge