```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
                -v-                                          :
                                                             :
                                                             :
   KENT MOSER,                                               :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/7/2022__

1:21-cr-524-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on April 13, 2022 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: April 7, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge