USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                 :
UNITED STATES OF AMERICA,             :
                                                 :
                                                 :
                                                 :
                                                 :
                        -v -                        :                1:21-cr-524-GHW
                                                 :
KENT MOSER,                                  :                    ORDER
                                                 :
                          Defendant.   :
                                                 :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      The deadline for the parties to submit the pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases is extended to April 18, 2021.

      SO ORDERED.

Dated: April 7, 2022
New York, New York

                                                          GREGORY H. WOODS
                                                    United States District Judge