```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
    UNITED STATES OF AMERICA,                                :
                                                             :
                                                             :
                     -v-                                     :            1:21-cr-524-GHW
                                                             :
                                                             :
    KENT MOSER,                                              :                ORDER
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/2022

GREGORY H. WOODS, United States District Judge:

    The sentencing hearing scheduled for July 28, 2022 is adjourned to August 15, 2022 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The defendant's sentencing submissions are due no later than August 1, 2022; the Government's sentencing submissions are due no later than August 8, 2022.

    SO ORDERED.

Dated: June 28, 2022
       New York, New York

                                            GREGORY H. WOODS
                                          United States District Judge