```
                                                    ┌─────────────────────────────────┐
                                                    │ USDC SDNY                       │
                                                    │ DOCUMENT                        │
                                                    │ ELECTRONICALLY FILED            │
                                                    │ DOC #:_____          │
                                                    │ DATE FILED: 8/15/2022           │
                                                    └─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                              :

UNITED STATES OF AMERICA,         :

                              :

               -v-            :                   1:21-cr-524-GHW

                              :

KENT MOSER,               :               ORDER

                              :

                    Defendant. :

---------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        For the reasons stated on the record at the hearing held on August 15, 2022, Defendant's

motion to seal, Dkt. No. 41, is denied.  Any renewed application is due no later than August 22,

2022.

        The Clerk of Court is directed to terminate the motion pending at Dkt. No. 41.

        SO ORDERED.

Dated: August 15, 2022
       New York, New York

                                _____
                                    GREGORY H. WOODS
                                  United States District Judge