```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
:
UNITED STATES OF AMERICA
: 21 Cr. 524-1 (GHW)
     -against-          : ORDER
:
Kent Moser
:
     Defendant
:
-------------------------------------X

GREGORY H. WOODS, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to permit Pretrial Services to remove the defendant's GPS monitor on October 13, 2022, in advance of his planned surrender to his designated BOP facility the following date.

     Dated: New York, New York
            October 11, 2022

                                   SO ORDERED:

                                   _____
                                   GREGORY H. WOODS
                                   United States District Judge