

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 19, 2022

**By ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Kent Moser*, 21 Cr. 524 (GHW)

Dear Judge Woods:

The Government respectfully submits this letter to update the Court regarding restitution in this case. The defendant was sentenced on August 15, 2022, and at sentencing the Government requested that the Court delay entering a restitution order for up to 90 days so that the Government could receive a report from the National Center for Missing and Exploited Children ("NCMEC") that would inform the Government's proposed restitution order. The Court granted the Government's request and asked for the Government to submit a proposed restitution order within approximately 60 days so that the Court would be able to enter a restitution order by November 14, 2022.

Since sentencing, the Government has still not received the report from NCMEC in this case. NCMEC, however, confirmed earlier today that it expected the report would be completed no later than November 1, 2022. As soon as the Government receives the report from NCMEC, it will prepare a proposed restitution order and submit it to the Court for its consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____
Andrew Jones
Assistant United States Attorney
(212) 637-2249

cc:   Kelley Sharkey, Esq. (by ECF)