```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                                     :
UNITED STATES OF AMERICA                                             :
                                                                     :
          - v. -                                                     :     FINAL ORDER OF FORFEITURE
                                                                     :
KENT MOSER,                                                          :
                                                                     :     21 Cr. 524 (GHW)
               Defendant.                                            :
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/2025

WHEREAS, on or about August 15, 2022, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 44), which ordered the forfeiture to the United States of all right, title and interest of KENT MOSER (the "Defendant") in the following property:

  a. Infinity hard drive, no serial number;
  b. Toshiba hard drive, serial number Y9S8F7NJSHH9;
  c. Seagate hard drive (2 TB), serial number NA77J0ZD;
  d. Seagate hard drive (2 TB), serial number NA7K2K27;
  e. MacBook Pro laptop computer, serial number C02JG0ZWDKQZ;
  f. Seagate hard drive (1 TB), serial number NA7G837K;
  g. Lacie hard drive, serial number 15241302071071QR;
  h. Orico/Seagate hard drive (4 TB), serial number Z3044Z3L;
  i. Orico hard drive, no serial number;
  j. Samsung hard drive (500 GB), serial number S0MUJ1NP700709;
  k. Kingston hard drive, serial number JS01010414072901181;
  l. Hitachi Deskstar hard drive, serial number PAGD1MXA;
  m. Seagate hard drive, serial number NA5BJWFO;
  n. Toshiba hard drive, serial number 52L3S2Y1SSX3;
  o. WD hard drive, serial number WXE907601484;
  p. Lacie hard drive, serial number L296911131849K;
  q. WD Easystore hard drive, serial number WXG2D20HXAJU;
  r. Lacie hard drive, serial number 133310042000863E;
  s. WD Easystore hard drive, serial number WXF2E208MCCE;
  t. Sandisk storage device (32 GB), serial number BM1012213529G;
  u. Sandisk storage device (512 GB), no serial number;
  v. Apple reinstall device, no serial number;
  w. Red USB storage device, no serial number;
  x. Kingston storage device (16 GB), no serial number;

      y. Sandisk storage device (32 GB), no serial number;
      z. WD Easystore hard drive, serial number WXU1A58LVJ34;
    aa. Silver and black USB storage device, no serial number;
    bb. Apple iPhone, serial number BCGE2946A;
    cc. Apple iPhone, no serial number;
    dd. Apple iPad mini, serial number F4KMDM8NFCMS;
    ee. Apple iPad, serial number DMPPVDWKG5VI;
    ff. Apple MacBook laptop computer, serial number C02GGNK2DRJ9;
    gg. Apple MacBook laptop computer, black with model number A1181;
    hh. Apple MacBook laptop computer, with model number A1052;
    ii. Apple MacBook laptop computer, serial number C02PH32VGCN4;
    jj. Apple computer, serial number C07CRNM6DD6H;
    kk. Lacie hard drive, serial number 301343U191102499;
    ll. Apple MacBook laptop computer, serial number C02DM3EPDDRZ;
  mm. Seagate hard drive (2 TB), serial number NA7KD71K;
    nn. Samsung hard drive (500 GB), serial number S0MUJ1PP315309;
    oo. Hitachi hard drive (500 GB), serial number R40PW9SC; and
    pp. WD hard drive, no serial number

(a. through pp., collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on May 3, 2023, for thirty (30) consecutive days, through June 1, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on July 3, 2025 (D.E. 58);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Customs and Border Protection (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
      July 3, 2025

SO ORDERED:

_____
HONORABLE GREGORY H. WOODS
UNITED STATES DISTRICT JUDGE